**William H. Wheelock and William G. Bierd, receivers of the Chicago & Alton Railway Company, appellees, v. Joseph Stockton Transfer Company, defendant, on appeal of Chicago & North Western Railway Company, appellant. Gen. No. 31,693.**

Action under Carmack Amendment to recover for loss on goods delivered to common carriers. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Nelson J. Wilcox, Nelson Trottman and I. C. Belden, for appellant. Winston, Strawn & Shaw, for appellees; William W. Hinshaw, Jr., of counsel. Flynn & Lyon, for defendant.

Mr. Justice Wilson delivered the opinion of the court.

---

**Catherine Kaisling, executrix of the estate of William Kaisling, deceased, appellee, v. The Kellogg Switchboard & Supply Company, appellant. Gen. No. 31,700.**

Action to recover on contract of employment. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927.

Miller, Gorham, Wales & Noxon, for appellant; Gilbert Noxon, of counsel. Downes, Downes & Downes, for appellee; C. W. Armstrong, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

---

**Nellie K. Lambert, appellee, v. First State Pawners Society, appellant. Gen. No. 31,703.**

Replevin and trover for ring. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed November 23, 1927. Rehearing denied December 10, 1927.

Scott, Bancroft, Martin & MacLeish, for appellant; Charles M. Price, of counsel. Harry Brown and Milton O. Naramore, for appellee.

Mr. Justice Wilson delivered the opinion of the court.